■ In the Matter of EDITH L. BRITTON, Respondent, v JAMES BRITTON, Appellant. (Appeal No. 2.) [738 NYS2d 628] —Appeal from an order of Family Court, Onondaga County (Rossi, J.), entered July 25, 2001, which, inter alia, confirmed the Hearing Officer's finding of willful violation.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). Present—Pine, J.P., Wisner, Scudder, Burns and Gorski, JJ.

■ In the Matter of EDITH L. BRITTON, Respondent, v JAMES BRITTON, Appellant. (Appeal No. 3.) [738 NYS2d 908] —Appeal from an order of Family Court, Onondaga County (Rossi, J.), entered July 25, 2001, which committed respondent to the county correctional facility for a term of 15 days.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously suspended without costs pending determination of the hearing. Same memorandum as in *Matter of Britton v Britton* ([appeal No. 1] 292 AD2d 825 [decided herewith]). Present—Pine, J.P., Wisner, Scudder, Burns and Gorski, JJ.